455 A.2d 190

Commonwealth v. Jones, Appellant.

Submitted September 29, 1982. Larry D. Feldman, for appellant; Jane Culter Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, WICKERSHAM and CIRILLO, JJ.

Order affirmed.

SPAETH, J., concurred in the result.